IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Petitioner,

v.                                          No. CV 10-0190 JC/CG
                                                 CR 07-2052 JC

MICHAEL ANTHONY MCGAUGHY,

    Defendant.

## ORDER AND JUDGMENT

This matter, having come before the Court on the Proposed Findings and Recommended Disposition of the United States Magistrate Judge (Doc. 11), no objections to the Proposed Findings having been filed, and the Court having made a determination of the Magistrate Judge's Proposed Findings and Recommended Disposition;

**IT IS HEREBY ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge (Doc. 11) are adopted by the Court. Therefore, Petitioner's action is hereby **DISMISSED WITHOUT PREJUDICE.**

_____
The Honorable John E. Conway
Senior U.S. District Judge